IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ELLISON ROBERT BURNS, JR., )
)
    Plaintiff, )
)
v. ) CASE NO. CV408-161
)
TERMINAL INVESTMENT CORP., )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 38), to which no objections have been filed. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case. Accordingly, Defendant's Motion for Summary Judgment (Doc. 26) is **GRANTED** and Plaintiff's Motion for Summary Judgment is **DENIED** (Doc. 30). As a result, this case is **DISMISSED**. The **Clerk of Court** is **DIRECTED** to **close this case.**

SO ORDERED this 29th day of March, 2010.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA